**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Interest of Matthew K., a Juvenile under the age of Seventeen, Appellant.

Appellate Case No. 2017-001002

Appeal From Pickens County
Tarita A. Dunbar, Family Court Judge

Unpublished Opinion No. 2020-UP-094
Submitted February 1, 2020 – Filed April 8, 2020

**APPEAL DISMISSED**

Appellate Defender Susan Barber Hackett, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**HUFF, THOMAS, and MCDONALD, JJ., concur.**